### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JOHNNY TARKINGTON,                                                                         PLAINTIFF
ADC # 85550

v.                                    5:14CV00322-JM-JJV

SONYA PEPPERS DAVIS, Doctor, C.C.S.,
Tucker Max Prison Infirmary; *et al.*                                                DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Sonya Peppers-Davis's Motion for Summary Judgment (Doc. No. 27) is GRANTED.

2. Plaintiff's claims against Defendant Peppers-Davis are DISMISSED with prejudice.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 18th day of June, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE